IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**     *

    v.     *     Case No. ELH-13-0512

    **ENZO BLANKS**     *

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO SUPPRESS STOP

Now comes the Defendant, Enzo Blanks, by his attorney, Law Offices of Gerald C. Ruter, P.C. and pursuant to Rule 12, moves this Court to suppress all evidence seized as a result of the warrantless stop of a **Harley Davidson edition F-150 pick-up truck** on **March 30, 2013** and for reasons says as follows:

1. Mr. Blanks is charged with conspiracy to possess with intent to distribute one of more kilograms of heroin, in violation of 21 U.S.C. 841(a)(1) and related substantive offenses.

2. Discovery indicates that on March 30, 2013, Baltimore Police Officers pulled over the above described vehicle being driven by Mr. Blanks.

3. Upon information and belief, the vehicle was pulled over so police could determine the identity of the driver of the vehicle.

4. The stop was conducted without a warrant.

5. The stop was conducted without probable cause and without exigency.

6. The stop was conducted without reasonable suspicion.

7. The stop was conducted without Mr. Blanks consent.

**WHEREFORE**, it is prayed this Honorable Court suppress any evidence derived directly or indirectly from this stop.

Respectfully Submitted,

_____
Law Offices of Gerald C. Ruter, P.C.
9411 Philadelphia Road, Suite O
Baltimore Maryland 21237
(410) 238-8000
Gruter.law@comcast.net

**Request for hearing**

A hearing is requested pursuant to Local Rule 105.6.

**Certificate of Service**

I hereby certify that a copy of this paper was sent electronically to all counsel of record on this 6th day of May, 2014.

_____
Gerald C. Ruter