IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Case No. ELH-13-0512 |
| ENZO BLANKS | * | |

* * * * * * * * * * * * *

## MOTION TO SUPPRESS TANGIBLE EVIDENCE

Now comes the Defendant, Enzo Blanks, by his attorney, Law Offices of Gerald C. Ruter, P.C. and pursuant to Rule 12, moves this Court to suppress all evidence seized as a result of the warrantless search of **the person of Enzo Blanks** on or about December 21, 2011, and for reasons says as follows:

1. Mr. Blanks is charged with conspiracy to possess with intent to distribute one or more kilograms of heroin, in violation of 21 U.S.C. 841(a)(1) and related substantive offenses.

2. Discovery indicates that on February 19, 2013, S/A Eric Nye form the FBI and the Affiant on various search warrant affidavits relevant in this case, met with Baltimore City police officers and learned that in 2011, Baltimore Police executed a search warrant at 118 North Howard Street, Apt. 811, Baltimore, Maryland where narcotics and paraphernalia were allegedly found.

3. Officers intercepted Mr. Blanks leaving the residence prior to the search of the residence.

4. Upon information and belief, a warrantless search of his person occurred on the street and items of drugs were found on his person.

5. The search was conducted without a warrant.

6. The search was conducted without probable cause and without exigency.

7. The search was conducted without Mr. Blanks consent.

**WHEREFORE,** it is prayed this Honorable Court suppress any evidence derived directly or indirectly from this search.

Respectfully Submitted,

_____
Law Offices of Gerald C. Ruter, P.C.
9411 Philadelphia Road, Suite O
Baltimore Maryland 21237
(410) 238-8000
Gruter.law@comcast.net

**Request for hearing**

A hearing is requested pursuant to Local Rule 105.6.

## Certificate of Service

I hereby certify that a copy of this paper was sent electronically to all counsel of record on this 6th day of May, 2014.

_____
Gerald C. Ruter