IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**     *

    v.     *     ELH-13-0512

  **ENZO BLANKS**     *

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO SUPPRESS SEARCH EVIDENCE

Now comes the Defendant, Enzo Blanks, by his attorney, Law Offices of Gerald C. Ruter, P.C. and respectfully moves this Honorable Court to suppress all evidence obtained directly and/or indirectly as a result of the execution of a **search warrant executed** on **118 North Howard Street, Apt. 811, Baltimore, Maryland,** sometime in 2011, and in support of his Motion says as follows:

1. Mr. Blanks is charged with conspiracy to possess with intent to distribute one or more kilograms of heroin in violation of 21 U.S.C. 841(1)(1) and related substantive offenses.

2. Discovery indicates that on February 19, 2013, S/A Eric Nye from the FBI and the Affiant on various search warrant affidavits relevant in this case, met with Baltimore City police officers and learned that in 2011, Baltimore Police executed a search warrant at the above described residence where narcotics

and paraphernalia were allegedly found. This information was included in a Title III Affidavit for cell phone number 443-416-7632.

3. Upon information and belief, the government will attempt to introduce evidence of that search in its case in chief in the case now before the Court.

4. The warrant lacks probable cause.

5. The warrant fails to establish an adequate nexus between the place to be searched and the probable cause, if any, to conduct the search.

6. The warrant fails to establish probable cause to believe that the things sought to be seized will be found on the premises to be searched.

7. The warrant is a general warrant.

8. The warrant was executed in such a way as to have the legal effect of being a general warrant.

9. The warrant is so facially deficient of probable cause that the affiant could hold no reasonable belief as to its legality.

**WHEREFORE,** it is prayed this Honorable Court suppress any evidence seized directly or indirectly from this search as being in violation of the Fourth Amendment of the United States Constitution.

Respectfully Submitted,

*[signature]*

Law Offices of Gerald C. Ruter, P.C.
9411 Philadelphia Road, Suite O
Baltimore, Maryland 21237
(410) 238-8000
gruter.law@comcast.net

**Request for Hearing**

A hearing is requested pursuant to Local Rule 105.6.

**Certificate of service**

I hereby certify that a copy of this paper was sent on this 6th day of May, 2014, electronically to all counsel of record.

*[signature]*

Gerald C. Ruter