OPERATION BUREAU
PERMISSION FOR SEARCH
75/29

I, _Enzo Blanks_, having been informed of my right to refuse a search of my person, vehicle, residence or other property hereinafter described, hereby authorize _Police Officer Ben Friemen_ of the Police Department of Baltimore City to conduct a complete search of

(✓) my person;
(✓) my residence located at _301 Madison C/C_
 and/or
( ) my vehicle license
( ) _____

This officer is authorized by me to take from my person, residence, vehicle or other property herein described, any letters, papers, materials or other property which he may desire.

This written permission is being given by me to the above-named officer voluntarily and without threats or promises of any kind.

(SIGNED)
_Enzo Blanks_

DATE _9-10_ 20_15_ TIME _2:00_ P.M.

(WITNESSES:)

_____

_____

_____

1160-49-7

R-1694