# CIRCUIT COURT
# OR
# DISTRICT COURT OF MARYLAND FOR BALTIMORE CITY

SEARCH AND SEIZURE WARRANT
FORM 02/187

TO: Any police officer of Baltimore City: The affidavit having been made before me by Det. J. Pitocchelli, said Affidavit being incorporated by reference into this warrant and made a part thereof, that they have reason to believe that

(person of)
(premise known as) 11 S. Eutaw Street Apt 1607, Baltimore MD 21201
(vehicle described as)

in the City of Baltimore, there being concealed certain property, namely; **Marihuana, Heroin Cocaine, Controlled Dangerous Substances and related paraphernalia, documents showing propriety interests, books, moneys, photographs, safes, weapons, and other materials of contraband** in violation of the Laws of Maryland.

Which is (are) (evidence relating to the commission of a crime) pertaining to Criminal Code CR 5-101 through CR 5-1101 of the Criminal Law Article of Maryland.

And I am satisfied that there is probable cause to believe that the property so described is being concealed on the (person) (premises) (vehicle) above described and that the foregoing grounds for issuance of the search warrant exist. You are therefore commanded, with the necessary and proper assistants, to search forthwith the (premises) herein above described for the property specified, executing this warrant and making the search; and if the property be found there, to seize it; and if upon execution of this warrant, there are found persons then and there engaged in the commission of a crime, arrest those so participating; leaving a copy of this warrant with an inventory of the property seized and returning copy of said warrant and inventory, if any, to me within ten days after execution of this warrant; or, if not served, to return this warrant to me promptly, but not later than five days after this expiration, as required by law.

Dated this 12th day of September, 2013

Signed _____ 921
                Judge

1

# CIRCUIT COURT
# OR
# DISTRICT COURT OF MARYLAND FOR BALTIMORE CITY

APPLICATION FOR SEARCH AND SEIZURE WARRANT
FORM 02/188

To the Honorable Judge __Rachel Cogen__ of the __District Court of Maryland__ the undersigned being duly sworn deposes and says that they have reason to believe that on the

(person of)
(premise known as) 11 S. Eutaw Street Apt 1607, Baltimore MD. 21201
(vehicle described as)


In the City of Baltimore there are now being concealed certain property, namely; **See Attachment Exhibit A**, which is (are) in violation of the Laws of Maryland and evidence relating to the commission of a crime.

**Pertaining to Criminal Code CR 5-101 through CR 5-1101 of the Criminal Law Article of Maryland.**

AND that the facts tending to establish grounds for issuance of Search Warrant are set forth in the Affidavit(s) attached thereto and made part thereof WHEREFORE your Affiant(s) prays(s) that a Search Warrant is issued for said

(person of)
(premise known as) 11 S. Eutaw Street Apt 1607, Baltimore MD. 21201
(vehicle described as)

_____
Affiant
Det. Julie Pitocchelli
Official Rank or Title


Sworn and subscribed before me this __12th__ day of __September__ __2013__

Signed _____
Judge

2

9/12/13

R-0972

# AFFIDAVIT

I. <u>**Purpose of the Affidavit**</u>

This Affidavit is submitted in support of a search and seizure warrant pertaining to violations of the Controlled Dangerous Substance laws, Criminal Code CR 5-101 through CR 5-1101 of the Criminal Law Article of Maryland. Because this Affidavit is being submitted for this limited purpose, your Affiant has not included every detail of the investigation that has been conducted to date. Rather, your Affiant has set forth only those facts that your Affiant believes are necessary to establish probable cause. Your Affiant has not, however, excluded any information known to your Affiant that would defeat a determination of probable cause. The information contained in this Affidavit is based upon your Affiant's personal knowledge, a review of documents and other evidence, and conversations with other law enforcement officers and other individuals. All conversations and statements described in this Affidavit are related in substance and in part unless otherwise indicated.

II. <u>**Person, Premise and/or Vehicle to be Searched**</u>

    (PERSON)

    (PLACE)    **11 S. Eutaw Street Apt. 1607, Baltimore MD 21201**
                       **Standard apartment door with the numbers "1607" clearly displayed**

    (VEHICLE)

III. <u>**Affiant**</u>

Your Affiant, Det. Julie Pitocchelli has been a duly sworn member of the Baltimore City Police Department since October 3, 1994 and is currently assigned to the Operational Intelligence Section. Your Affiant has attended and successfully completed a six-month basic course of training that included classes pertaining to Controlled Dangerous Substances (CDS) by the Baltimore City Police Department in addition to district roll call and yearly in service training. Your affiant has also worked with and trained with more experienced Federal Agents, Lieutenants, Sergeants, Detectives, Agents and police officers.

3

R-0973

As a result of this training your Affiant has personally conducted and participated in numerous investigations involving criminal activity including but not limited to CDS, violent crime, and firearms violations. As a result from this training your Affiant has conducted and participated in numerous arrests of persons for illegal narcotic violations and have participated in numerous search and seizure warrants which have yielded the seizure of illegal narcotics, including crack cocaine, powder cocaine, heroin, marijuana, MDMA, prescription narcotics, paraphernalia, illegal firearms, weapons and U.S. Currency gained from illegal narcotics.

Your Affiant has also participated in surveillances of suspected drug traffickers. Based upon your Affiant's training, experience and participation in this and other investigations involving CDS, as well as conversations with other agents, your Affiant knows the following:

a) That drug traffickers often maintain on hand large amounts of both CDS and currency in order to maintain and finance their ongoing drug business, as well as paraphernalia used in the manufacture, packaging, preparation, and weighing of CDS in preparation for trafficking, and that drug traffickers maintain these items where they have ready access to them;

b) That drug traffickers often maintain firearms and ammunition in connection with their drug-trafficking activities, and that drug traffickers maintain these items where they have ready access to them;

c) That drug traffickers often maintain financial records and financial instruments related to their drug transactions and the profits derived from those transactions including, but not limited to, currency, bank checks, cashier's checks, Western Union receipts, money orders, stocks, bonds, jewelry, precious metals, and bank and real estate records;

d) That drug traffickers frequently maintain records of their drug transactions including, but not limited to, books, ledgers, records and other documents relating to the manufacture, transportation, possession, and distribution of CDS. Such documents are frequently maintained where the traffickers have ready access to them;

e) That drug traffickers frequently maintain books, records and other documents that identify and contain the names, addresses and/or telephone or pager numbers of associates in their drug-trafficking or money-laundering activities, including, but not limited to: address books, telephone books, rolodexes, and notes reflecting telephone and pager numbers, documents or other records relating to state court proceedings involving other co-conspirators,



R-0974

and audiotape recordings of conversations, including those made over telephone answering machines;

f) That drug traffickers commonly use and carry telephones, pagers and/or personal digital assistants that store names, addresses, telephone numbers, and codes of co-conspirators;

g) That drug traffickers commonly take or cause to be taken photographs and videos of themselves, their associates, their property and/or assets, and their drugs;

h) That drug traffickers commonly maintain identification and travel documents, including, but not limited to, tickets, transportation schedules, passports, notes and receipts related to travel, luggage tags, and motel/hotel receipts;

i) That drug traffickers commonly use vehicles to move quantities of drugs and currency to other locations for storage and further distribution and use, and that drug traffickers often rent vehicles instead of using their own to prevent their own vehicles from being seized by law enforcement officials;

j) That drug traffickers often place communications devices, vehicles and other assets in names other than their own to avoid detection of these items by law enforcement officials, and that even though these items are in another entity's or person's name, the drug dealers actually own and continue to use these devices and assets and to exercise dominion and control over them;

k) That indicia of occupancy, residency and/or ownership of the premises to be searched are often present in such premises;

l) That drug traffickers commonly maintain the foregoing items where they have ready access to them, such as inside their homes and vehicles, as well as inside combination or key-lock safes or strong boxes, suitcases, storage lockers, safety deposit boxes, locked cabinets and other types of locked or closed containers, and hidden compartments, for ready access and to conceal them from law enforcement authorities; and

m) That drug traffickers commonly maintain many of the aforementioned records in computer files.

n) That drug traffickers commonly maintain Storage Unit rentals to store, maintain, and conceal CDS, firearms, financial transactions, and other contraband to keep these items hidden from Law Enforcement.

o) That drug traffickers commonly rent these Storage Unit rentals in family member's or acquaintances' names to avoid Law Enforcement detection.



## IV. Probable Cause

The following facts are either known to your Affiant through personal observation or have been obtained through reliable confidential sources, law enforcement reports and/or directly from other law enforcement officers. On 09.10.13 at approximately 1439 hours, members of the Northeast District Drug Unit performed a vehicle stop in the 300 block of W. Monument of a 2007 Ford Harley Davidson Truck registered to Enzo Stuarti Blanks, MB 03.25.1985. Mr. Blanks was the sole occupant of the vehicle at the time of the stop. This stop was predicated on reliable information from a registered confidential informant that Mr. Blanks was in possession of a large amount of CDS, specifically heroin. During the course of the stop, numerous items were seized, specifically:

1) 444 gel capsules with brown substance, suspected heroin

2) 1 sandwich bag containing brown powder substance, suspected heroin

3) 1 sandwich bag containing white powder substance, suspected cutting agent for heroin

4) 1 sandwich bag containing brown powder substance, suspected heroin

5) 1 bowl with powder, suspected heroin

6) Digital scale with residue.

Based on this stop, Mr. Blanks was detained by members of the Northeast District Drug Unit. While with the officers, Mr. Blanks maintained control of his cell phone and was able to make clandestine phone calls without their knowledge. Your Affiant's ongoing investigation includes a Federal Court ordered Title III (Wire Tap) on Mr. Blanks' phone. During his phone calls Mr. Blanks made several calls directing his girlfriend, Rebecca Belete, to go to his other house, indicating his apartment at 11 S. Eutaw, Apt. 1607, and get his money from his sock drawer and from his sofa to start preparing for his bail. Once at the other house, Ms. Belete was let into the residence by Farrah Johnson, Mr. Blanks' child's mother. Ms. Johnson is also a listed occupant on the 11 S. Eutaw Street Apartment 1607 lease.

Prior to this stop, your Affiant was engaged in a thorough investigation into Mr. Blanks and several more facts and circumstances were learned that lead your Affiant to believe that Mr. Blanks is using his place of residence to further conceal CDS, CDS Paraphernalia, and other related contraband to include financial records, firearms, and proceeds from the sale of CDS in violation of the Maryland Annotated Code in reference to illegal CDS activity.

R-0976

Based on further, extensive investigation performed by your Affiant, Mr. Blanks has been arrested in the past for CDS Distribution, CDS Possession, CDS Manufacturing, and Possession with intent to distribute. He is currently on probation for these charges. Furthermore, Mr. Blanks is not known to be employed legitimately according to the Maryland Wage Database. It is common for known drug traffickers like Mr. Blanks to hide CDS and CDS related paraphernalia, financial records and firearms in places of residences from Law Enforcement Officers. A check of the lease records in the early part of September 2013 reveals that Mr. Blanks is the listed permanent resident of this apartment.

Based on the facts and circumstances presented your Affiant believes that Mr. Blanks is currently in possession of CDS, CDS paraphernalia, proceeds from CDS sales, specifically U.S. Currency, financial records, and firearms in his residence at 11 S. Eutaw Street Apartment 1607.

Because of the nature of this investigation and that it is ongoing, including several more suspects being monitored by the Wire Tap, if this Affidavit was left at the time of service, the remainder of the case will compromise the diligence of months worth of investigation. Based on that, a Sealing Order is requested so that this investigation can be concluded within the next few weeks.

## V. **Conclusion**

Your affiant has learned from her training and experience in CDS investigations that drug traffickers maintain constant vigilance to the presence of law enforcement in order to prevent their illegal activities from being detected. Drug traffickers do not permit innocent third parties to gain access to places where CDS is stored or of knowledge of the presence of it out of fear that the innocent party will inform law enforcement of the illegal activity. Your affiant has learned from her training and experience in CDS investigations that drug traffickers would only permit their criminal associates to have access to the place where their CDS is stored. Your Affiant believes that there is probable cause to believe that all persons found present at said premise upon commencement of the execution of the search warrant sought herein would be connected to the criminal activity described herein. Therefore, your Affiant's request authorization to search all persons found present at said premise at the commencement of the execution of said search.

Based on the foregoing, it is respectfully submitted that there is probable cause to believe that Enzo Stuarti Blanks and others are participating in a conspiracy to distribute illegal

9/12/13

R-0977

narcotics, in violation of the Controlled Dangerous Substance laws, Criminal Code CR 5-101 through CR 5-1101 of the Criminal Law Article of Maryland; that the premise of 11 S. Eutaw Street Apartment 1607, Baltimore, MD, 21201 is being used for the storage and distribution of narcotics, narcotics proceeds, and the facilitation of narcotics offenses; and that there will be found on the premise of 11 S. Eutaw Street Apartment 1607, Baltimore, MD, 21201 which constitute evidence, fruits, and instrumentalities of the aforementioned violations of the Controlled Dangerous Substance laws.

WHEREFORE, in consideration of the facts presented, I respectfully request that this Court issue a search warrant for the premises of 11 S. Eutaw Street Apartment 1607, Baltimore, MD 21201 and authorize the search and seizure of the items to include CDS, CDS proceeds, financial records, paperwork and records linking persons to the illegal activity, and firearms.

Det. Julie Pitocchelli
**Det. Julie Pitocchelli**
**Baltimore Police Department**

Sworn and subscribed before me on this 12th day of September 2013

Signed _____
Judge

R-0978

## Attachment A

### Items to be Seized

1. Controlled dangerous substances (CDS) and paraphernalia used in the manufacture, preparation, packaging, or weighing of CDS in preparation for distribution, including, but not limited to, scales, packaging materials, and other chemical agents used to mix with CDS;

2. Firearms and ammunition;

3. Records of drug transactions including, but not limited to, books, ledgers, receipts, notes, and other papers relating to the manufacture, transportation, possession, and distribution of CDS and the profits derived from those transactions;

4. Financial records, financial instruments and other records or documents reflecting drug-trafficking activity or the disposition of drug proceeds, including, but not limited to, currency, bank checks, cashier's checks, Western Union receipts, money orders, stocks, bonds, jewelry, precious metals, and bank and real estate records;

5. Books, records and other documents that identify other co-conspirators, including, but not limited to: address books, telephone books, rolodexes, and notes reflecting telephone and pager numbers, and audiotape recordings of conversations, including those made over telephone answering machines;

6. Telephones, pagers, and personal digital assistants and any names, addresses, telephone numbers, and codes stored therein.

7. Documents or other records relating to state court proceedings involving other co-conspirators, including, but not limited to, charging documents and bail records;
Photographs (to include still photos, negatives, movies, slides, video tapes, and undeveloped film);

9



8. Records of travel including, but not limited to, tickets, transportation schedules, passports, notes and receipts related to travel, luggage tags, and motel/hotel receipts; Identification documents;

9. Indicia of occupancy, residency, ownership or lease of the premises, including but not limited to keys, photographs, utility and telephone bills, other mail, and other documents;

10. Safes, combination or key-lock strong boxes or other secure storage containers, suitcases, storage lockers, safety deposit boxes, locked cabinets and other types of locked or closed containers, and hidden compartments that may contain any of the foregoing; and

11. Computers with stored financial, telephone, or other information, including the following:

(A) computers; central processing units; external and internal drives; external and internal storage or transmission equipment or media; terminals or video display units; optical scanners; computer software; computerized data storage devices, including data stored on hard disks (including CD ROMs) or floppy disks, computer printouts or computer programs; computer or data processing software or data, including: hard disks (including CD ROMs), floppy disks, together with peripheral equipment such as keyboards, printers, modems or acoustic couplers, infrared transmitters, and magnetic tapes which could contain or be used to transmit or store any of the foregoing records, documents, and materials;

(B) records, documents, and materials which refer, relate to, or are for use in connection with the premises to be searched. As used herein, the term "records, documents, and materials" includes records, documents, and materials created, modified or stored in electronic or magnetic form and any data, image or information that is capable of being read or interpreted by a computer; and

(C) records, letters, papers, notes, e-mail, and other documents and information, including records, files, and data – in whatever format, including digital – inside the premises to be searched or stored on any computer system inside the premises to be searched, that may assist in identifying the person or persons who use any computer found within the premises to be searched.

9/12/13
KTC

R-0980

# RETURN

I have received the attached Search Warrant on _____, 2013
And have executed it as follows:

On _____, 2013 at approximately _____ I searched the person/premises/vehicle described in the warrant and I left a copy of the warrant containing the inventory with.

The following is an inventory of the property taken pursuant to the warrant:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

This inventory was made in the presence of _____
I swear that this inventory is a true and detailed account of all the property taken in the warrant.

                                                       _____
                                                               Affiant

Sworn to me in my presence this _____ day of _____, 2013


                    Signed the Honorable Judge: _____

R-0981

# Baltimore Police Department
## Search & Seizure Warrant Property Inventory

CC#: 1I6001  Location: 11 S. Eutaw St Apt 1607

| Item # | Item Description | Location Recovered | Locating Det. |
|---|---|---|---|
| 1 | Cannon Camera | living room window cil | NYE |
| 5 | Pictures w/ Blants + Crew | living room window cil | NYE |
| | Comcast Cable Bill | " " table | " |
| 1 | Samsung flip Phone | " " window cil | " |
| 1 | IPad | living room window cil | " |
| 1 | IPhone | living room window cil | " |
| 1 | Samsung Galaxy IPhone | living room window cil | " |
| 1 | Louis Vuitton receipt | living room window cil | " |
| 1 | Wireless One receipt | living room window cil | " |
| 7 pgs | Articles of Corp for GMB | living room window cil | " |
| 1 | Samsung flip Phone | Under living room table | " |
| 1 | Motorola Phone | Under living room table | " |
| 1 | boost mobile Phone | Under living room table | " |
| 1 | Mini HD camera | Under living room table | " |
| 1 | gel cub | closet near front door | Pitocchelli |
| 1 | Key to Bentely | Bedroom drawer | Drysdon |
| 1 | MECU bank statement | Bedroom in plastic bag | " |
| 2 pgs | Bank of America bank stmt | Bedroom in plastic bag | " |
| 1 | Division of Parole + Probation Slip | Bedroom in plastic bag | " |
| 1 | white envelope of Rebecca name | Bedroom in plastic bag | " |
| 1 | unopen Bank of American card | Bedroom in plastic bag | " |
| 1 | Balto City Office of Child Support Enforcement Slip | Bedroom in plastic bag | " |
| 2 | Money Pak Cards - Serial #s | 2nd bedroom | NYE |
| | 3778-3196-7516-91, | | NYE |
| | 8160-9472-7721-41 | | NYE |

Representative: Pitocchelli   Witness: OFC Ostrow

R-0985

# Baltimore Police Department
# Search & Seizure Warrant Property Inventory

CC#: 1I6001      Location: 11 S Eutaw St Apt 1607

| Item # | Item Description | Location Recovered | Locating Det. |
|---|---|---|---|
| 1 | Blue scale | Kitchen lower cabinet | Ostrow |
| 1 | White small blender | Kitchen lower cabinet | " |
| 5 | 8 Cap-m-Quick in black plastic bag | Kitchen lower cabinet | " |
| — | Various Documents | Bag in Kitchen cabinet | Dayton |
| | Coffee Grinder | | |

Representative: Pitocchelli      Witness: OIC Ostrow

R-0986