# UNITED STATES DISTRICT COURT
for the
District of Maryland

SEP 3 0 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 13-2310 ___
3406 Brendan Avenue, Baltimore, Maryland )
)
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ____Maryland____
*(identify the person or describe the property to be searched and give its location)*:

3406 Brendan Avenue, Baltimore, Maryland

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
- see Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before 10/8/13
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
__Duty Magistrate__
        *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.
        ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 9/24/2013 1:41 pm        _____[signature]_____
                                                    *Judge's signature*

City and state: Baltimore, Maryland           Stephanie A. Gallagher, U.S. Magistrate Judge
                                                    *Printed name and title*

**SCANNED**

(1)

SW-0077

## ATTACHMENT A

A. Books, records, receipts, notes, ledgers and other papers relating to the transportation, ordering, purchasing and distribution of controlled substances, in particular, Heroin, Cocaine base, Cocaine HCL, MDMA and Marijuana and records revealing relationships between organization members

B. Books, records, receipts, bank statements and records, passbooks, letters of credit, money orders and cashiers' checks, safe deposit keys, items of storage such as safes and lock boxes, international money wires/transfers and other items evidencing the obtaining, secreting, transfer, concealment and/or the expenditure of money.

C. Address and/or telephone books, any papers reflecting names, addresses, telephone numbers or pager numbers indicating relationships among the listed co-conspirators in the affidavit which are associated with the dealing of illegal controlled substances.

D. United States currency, precious metals, jewelry and financial instruments.

E. Photographs, in particular, photographs of co-conspirators, of assets, firearms and/or controlled substances.

F. Indicia of occupancy, residency, and ownership of the premises described in said affidavit, including, but not limited to, utility and telephone bills, canceled envelopes, and keys.

G. Cellular phones.

H. Travel records, including but not limited to: passports, visas, airline tickets, boarding passes, and airline ticket receipts.

I. Controlled substances, including but not limited to Heroin, Cocaine base, Cocaine HCL, MDMA, Marijuana, dilutants, scales, items used in the conversion of Cocaine HCL to

Cocaine base or "rock" cocaine, packaging materials used to package cut, dilute or package Heroin, Cocaine base, Cocaine HCL, and any other controlled substances and their related paraphernalia.

EW-0082