IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| Plaintiff/Appellee, | * |
| vs. | * |
| | Case No. ELH-13-cr-0512 |
| ENZO BLANKS | * |
| Defendant/Appellant | * |

* * * * * * * * * * * * * * * * *

## NOTICE OF APPEAL

Notice is hereby given that defendant **ENZO BLANKS**, by his undersigned counsel, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Final Judgment entered in this action by the United States District Court for the District of Maryland on March 6, 2015.

Respectfully Submitted,

/s/ Gerald C. Ruter
GERALD C. RUTER
Law Offices of Gerald C. Ruter
A Professional Corporation
8601 LaSalle Road, Suite 102
Towson, Maryland 21286
(410) 821-9500
gruter.law@comcast.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of March, 2015, a copy of the foregoing Notice of Appeal was electronically delivered to all counsel of record.

/s/ Gerald C. Ruter
GERALD C. RUTER