# Barbara E. Kittay, Esquire

11140 Rockville Pike, Suite 100-284

Rockville, Maryland 20852

(301) 468-1817

bkittay@verizon.net

June 8, 2015

Clerk of Court
United States District Court
    for the District of Maryland
101 West Lombard Street
Baltimore, Maryland  21201

Dear Sir or Madam:

    Re:  *United States v. Enzo Blanks*
        District Court No. 1:13-cr-00512-ELH-2
        Court of Appeals No. 15-4155

    I am appointed appellate counsel to Enzo Blanks, enclosing a motion for leave to order an additional transcript, which I am unable to ECF-file because I am not of record in the District Court.  Please allow the filing of this motion.

    If you need any additional documents or information, please let me know.  Again, I thank you for your kind assistance.

                                Sincerely,

                                Barbara E. Kittay, Esq.

/Enclosure
Motion for Leave to Order
    Additional Transcript