# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**ENZO BLANKS,**<br><br>**Defendant** | **CRIMINAL NO. 13-512-ELH** |

## ENTRY OF APPEARANCE

To the Clerk:

    Please enter the appearance of Derek E. Hines and Leo J. Wise, Assistant United States Attorneys for the District of Maryland, as counsel for the United States of America.

    Respectfully submitted,

    Robert K. Hur
    United States Attorney

By: \_\_\_/s/_____
    Derek E. Hines
    Leo J. Wise
    Assistant United States Attorneys
    36 S. Charles Street
    Fourth Floor
    Baltimore, Maryland 21201
    410.209.4800