===================================================================

# *UNITED STATES DISTRICT COURT*
## -------------- DISTRICT OF MARYLAND --------------

APPEARANCE

UNITED STATES OF AMERICA

v.  CASE NUMBER:  ELH-13-0512

ENZO BLANKS

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Enzo Blanks.  I certify that I am eligible to practice in this court.

Date:  <u>November 8, 2018</u>

                                                             /s/
                                         SEDIRA S. BANAN #804819
                                         Assistant Federal Public Defender
                                         Office of the Federal Public Defender
                                         Tower II – 9th Floor
                                         100 South Charles Street
                                         Baltimore, Maryland  21201
                                         Phone: (410) 962-3962
                                         Fax: (410) 962-0872
                                         Email: Sedira_Banan@fd.org